IN THE CIRCUIT COURT OF WASHINGTON COUNTY, ARKANSAS
___ DIVISION  **SMITH**

**CLINT WRAY**                                                   PLAINTIFF

vs.                 CASE NO. Cv 12-1481-2

**AT&T SERVICES, INC.**                                   DEFENDANT

## COMPLAINT

Now comes the Plaintiff, Clint Wray, by and through his counsel, the Brad Hendricks Law Firm, and for his Complaint states:

1. The Plaintiff Mr. Wray is an individual resident of Washington County, Arkansas.

2. On information and belief the Defendant, AT&T Services, Inc. is a foreign for profit corporation doing business in Washington County, and has a contract with Washington County using the name of AT&T of Arkansas Inc.

3. The events complained of herein occurred in Washington County, Arkansas. This Court has jurisdiction and is the proper venue to hear this matter.

4. On or about February 16, 2012 the Plaintiff was riding his bicycle at the intersection of Center St. and Hill St. in Fayetteville Arkansas. At that intersection the Defendant had a manhole in the street. Prior to this time the street had been resurfaced with new asphalt. To gain access to the manhole, the Defendant had dug several inches down into the street, creating a hazard for motorist and cyclist. The Defendants failed to place signs or warnings of any kind around the hazard it created by digging a hole in the street. The Plaintiff, on his bicycle, fell into the hole created by the Defendant, sustaining painful and permanent personal injuries. The Defendant is the proximate cause of the Plaintiff's injuries.

5. The Defendant is negligent in that it created an unreasonably unsafe circumstance on a public street.

6. The Plaintiff has sustained multiple broken bones, surgeries to repair his injuries, medical bills, is reasonable certain to incur medical bills in the future, pain and suffering, is reasonable certain to suffer pain and suffering in the future, lost wages from work and is reasonable certain to lose time from work in the future, and incurred other damages due to the Defendant's negligence.

WHEREFORE, the Plaintiff prays for a judgment against the Defendant in an amount to compensate him for the injuries and damages he sustained and is excess of the minimum amount for diversity of citizenship cases in Federal Court ($75,000), and for all other just and proper relief.

Respectfully submitted,

**THE BRAD HENDRICKS LAW FIRM**
500 C Pleasant Valley Dr.
Little Rock AR 72227
(501) 221-0444
(501) 661-0196 (Fax)
tkitchens@bradhendricks.com

BY: _____
Lloyd W. "Tre" Kitchens AR Bar #99075